# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 1/19/2018 |
| Case: 17–90223–CL | Form ID: 3019 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty    Daniel I. Barness    daniel@barnesslaw.com
aty    Paul J Leeds    leedsp@higgslaw.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Eric O. Garten    c/o Barness & Barness    11377 W. OLYMPIC BLVD.    LOS ANGELES, CA 90064 UNITED STATES
dft    Steven DeuPree    8989 Rio San Diego Drive, #327    San Diego, CA 92108
ust    United States Trustee    Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101

    TOTAL: 3